

NUMBER 13-13-00176-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOSE (JOE) VASQUEZ,                                                          Appellant,

v.

PALM VISTA ESTATES, INC.
AND THORA J. HAUSLER,                                                        Appellees.

### On appeal from the 357th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, Jose (Joe) Vasquez, perfected an appeal from a judgment entered by

the 357th District Court of Cameron County, Texas, in cause number 2011-DCL-8106-E.

The parties have filed a joint motion to dismiss with prejudice on grounds that the parties

have reached a resolution of the matters in dispute in this case.   The parties request that this Court dismiss this case with prejudice to each party re-filing the same.

The Court, having considered the documents on file and the joint motion to dismiss with prejudice, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED WITH PREJUDICE.   In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
16th day of May, 2013.